**Linda J. OWENS, Petitioner,**

v.

**DEPARTMENT OF
TRANSPORTATION, Respondent.**

No. 2007–3212.

United States Court of Appeals,
Federal Circuit.

April 14, 2008.

William W. Osborne, Jr., Osborne Law Offices, P.C., of Washington, DC, argued for petitioner. With him on the brief was Natalie C. Moffett.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director. Of counsel was Parisa Naraghi–Arani, United States Department of Transportation, Federal Aviation Administration, of Washington, DC.

Before LINN, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.